# Court of Appeals
# of the State of Georgia

ATLANTA, June 15, 2026

*The Court of Appeals hereby passes the following order:*

**A26I0230. KEVIN YEUNG v. SHANNON HUMPHREY.**

Kevin Yeung filed the underlying action against his neighbor, Shannon Humphrey, alleging that Humphrey's construction of a pool created a nuisance on Yeung's property and interfered with his enjoyment of the same. The trial court granted summary judgment to Humphrey, and this Court affirmed on appeal. *Yeung v. Humphrey*, A25A1330 (Oct. 29, 2025) (unpublished). The trial court then cancelled the notice of lis pendens Yeung had filed as to Humphrey's property, and Yeung's appeal from that order is currently pending. *Yeung v. Humphrey*, Case No. A26A1894 (docketed April 27, 2026). Yeung filed a second notice of lis pendens and a motion for injunctive relief seeking to to stop or stay the sale of that property. The trial court then entered two separate orders, the first of which granted Humphrey's motion to cancel Yeung's newly-filed notice of lis pendens and denied Yeung's motion for injunctive relief. The second order enjoined Yeung from filing any further pleadings against Humphrey without prior approval by the trial court. At Yeung's request, the trial court issued a certificate of immediate review as to the order enjoining him from filing any additional pleadings without prior approval. Yeung then filed this timely application for interlocutory appeal, seeking review of both orders. It appears, however, that Yeung has a right of direct appeal.

An order granting or denying injunctive relief is subject to a direct appeal. OCGA § 5-6-34(a)(4). Thus, because both of the orders involve the grant or denial of injunctive relief, Yeung has a right of direct appeal.

This Court will grant an otherwise timely application for interlocutory appeal

if the lower court's order is subject to direct appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this application is hereby GRANTED. Yeung shall have ten days from the date of this order to file a notice of appeal with the superior court, if he has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/15/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*